FILED

2006 OCT 26  AM 8:59

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>VICTOR EDUARDO MARTINEZ De CASTRO<br><br>        Defendant. | Criminal Case 06cr0674-H<br><br>ORDER FOR DISMISSAL OF<br>MATERIAL WITNESSES:<br><br>CHEN JIANG<br>XING ANG HE |

### ORDER

Upon the application of Attorney James C. Alvord, representing material witnesses CHEN JIANG and XING ANG HE, and following a joint stipulation signed by defense counsel and the attorney for the government, a stipulation which has been filed with this Court, and good cause appearing, IT IS HEREBY ORDERED:

Material witnesses CHEN JIANG and XING ANG HE are hereby dismissed from their respective roles as material witnesses in the above-referenced case, and are therefore released of any duties or responsibilities they may have had in connection with their prior designation as material witnesses.

1       No longer needed in this court, both witnesses are now free to
2  pursue their respective cases through the appropriate immigration
3  court proceedings.
4  I consent to the release of material witnesses CHEN JIANG and XING
5  ANG from this case as a stipulation has removed the need for their
6  live testimony.

7
8  *Paul Cook*
   AUSA PAUL COOK
9  for UNITED STATES ATTORNEY
   CAROL C. LAM
10
11 *James Alvord*
   JAMES C. ALVORD, ESQ.
12 Federal Material Witness Panel
   for CHEN JIANG and XING ANG HE
13

14
   IT IS SO ORDERED.
15 Done in San Diego, California on this day:

16 10/25/06

17                              *Marilyn Huff*
                                UNITED STATES JUDGE
18
19
20
21
22
23
24
25
26
27
28